**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**EDDIE JOE HALL**                                          **CIVIL ACTION NO. 21-2615**

                                                            **SECTION P**
**VS.**

                                                            **JUDGE TERRY A. DOUGHTY**

**REGINALD MANNING, ET AL.**                                **MAG. JUDGE KAYLA D. MCCLUSKY**

## <u>JUDGMENT</u>

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been

considered, together with the written Objection [Doc. No. 8] filed by Plaintiff, and, after a *de*

*novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is

correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Eddie Joe Hall's

claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be

granted.

**MONROE, LOUISIANA**, this 15th day of October 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE